IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-257-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDWARD SHELDON WHITAKER, ) | |
| SCHUNDA COLEMAN, ) | |
| ) | |
| Defendants. ) | |

On December 17, 2025, defendants moved to extend their surrender date 60 days [D.E. 100]. The court DENIES defendants' motion to extend surrender date [D.E. 100].

SO ORDERED. This 19 day of December, 2025.

JAMES C. DEVER III
United States District Judge